IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No.   1:08-cv-307 |
| | § | |
| 0.16 ACRES OF LAND, MORE OR LESS, SITUATE IN CAMERON COUNTY, TEXAS; AND EMILIO COY, JR., ET AL, | § § § § | |
| *Defendants.* | § | |

### CLERK'S RECEIPT

I, David J. Bradley, Clerk of the United States District Court for the Southern District of Texas, do hereby certify that on February 15, 2017, I received from the United States of America, plaintiff herein, and deposited into the Registry of the Court, Check No. 8736-01787784, dated February 13, 2017, for the total sum of TWO THOUSAND SIX HUNDRED EIGHTEEN DOLLARS AND NO CENTS, being the additional amount of just compensation in the above entitled condemnation proceeding.

CLERK, UNITED STATES DISTRICT COURT

By: _____
Deputy Clerk